IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC #137559                                                              PLAINTIFF

v.                          No. 5:19-cv-184-DPM-JTR

JESSICA MICKELS, Correction Officer,
Cummins Unit, ADC; STRAUGHN, Warden,
Cummins Unit, ADC; CHRIS BUDNIK,
Deputy Warden, Cummins Unit, ADC; and
WENDY KELLEY, Director, ADC                                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, № 4, and overrules Hampton's objections, № 5. FED. R. CIV. P. 72(b)(3). If Hampton wants to raise new or additional facts, then he must do so in a motion to amend his complaint—not in his objections to the recommendation. But as the complaint stands now, Hampton's equal protection claim and his official-capacity failure to protect claim both fail and are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 July 2019