IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC #137559                                                         PLAINTIFF

v.                        No. 5:19-cv-184-DPM-JTR

JESSICA MICKELS, Correction Officer,
Cummins Unit, ADC; WILLIAM STRAUGHN,
Warden, Cummins Unit, ADC; CHRISTOPHER
BUDNIK, Deputy Warden, Cummins Unit, ADC;
and WENDY KELLEY, Director, ADC                                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, № 41, and overrules Hampton's objections, № 42. FED. R. CIV. P. 72(b)(3). Hampton's motion for partial summary judgment, № 19, is denied without prejudice. Hampton may renew his motion after discovery is completed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020