# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALONZO HAMPTON
ADC #137559                                                                PLAINTIFF

v.                      No. 5:19-cv-184-DPM-JTR

JESSICA MICKELS, Correction Officer,
Cummins Unit, ADC; WILLIAM STRAUGHN,
Warden, Cummins Unit, ADC; CHRISTOPHER
BUDNIK, Deputy Warden, Cummins Unit,
ADC; and WENDY KELLEY, Director, ADC            DEFENDANTS

## ORDER

Unopposed partial recommendation, № 46, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hampton's motion for a temporary restraining order and preliminary injunction, № 35, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2020