IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC #137559                                                              PLAINTIFF

v.                       No. 5:19-cv-184-DPM-JTR

JESSICA MICKELS, Correction Officer,
Cummins Unit, ADC; WILLIAM STRAUGHN,
Warden, Cummins Unit, ADC; CHRISTOPHER
BUDNIK, Deputy Warden, Cummins Unit,
ADC; and WENDY KELLEY, Director, ADC                    DEFENDANTS

## ORDER

Motion for status update, *Doc. 72*, granted. Magistrate Judge Ray's recommendation and Hampton's motion crossed in the mail, *Doc. 71 & 72*. The Court directs the Clerk to send Hampton a copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2020