IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALONZO HAMPTON
ADC #137559                                                                  PLAINTIFF

v.                            No. 5:19-cv-184-DPM

JESSICA MICKELS, Correction Officer,
Cummins Unit, ADC; WILLIAM STRAUGHN,
Warden, Cummins Unit, ADC; CHRISTOPHER
BUDNIK, Deputy Warden, Cummins Unit, ADC;
and WENDY KELLEY, Director, ADC                                DEFENDANTS

## JUDGMENT

1. Hampton's equal protection claim is dismissed without prejudice.

2. Hampton's official-capacity failure to protect claims are dismissed without prejudice.

3. Hampton's individual-capacity failure to protect claim against Wendy Kelley is dismissed without prejudice.

4. All other claims are dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2020